# United States District Court

EASTERN DISTRICT OF WISCONSIN

ALBERT WATSON,

      Petitioner,

**JUDGMENT IN A CIVIL CASE**

v.

Case No. 06-C-476

JOHN BETT,

      Respondent.

☐    **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒    **Decision by Court.** This action came before the Court for consideration.

**IT IS HEREBY ORDERED AND ADJUDGED** that this petition is summarily DISMISSED, with prejudice, with respect to Albert Watson, but without prejudice to the rights of Perry K. Scott, pursuant to Rule 4 of the Rules Governing § 2254 Cases.

Approved:    s/ William C. Griesbach
                   WILLIAM C. GRIESBACH
                   United States District Judge

Dated: April 24, 2006.

SOFRON B. NEDILSKY
Clerk

s/ Mary E. Conard
(By) Deputy Clerk